# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **Edward Gleba,**<br>Plaintiff<br>-vs-<br>**Joseph M. Arpaio, et al.,**<br>Defendants | CV-09-1089-PHX-PGR (JRI)<br><br>**ORDER** |

In an Order (#13) filed on December 1, 2009, this Court gave Plaintiff until December 18, 2009 in which to file a response to Defendants' Motion to Dismiss filed October 19, 2009 (#12). Plaintiff has failed to file a responsive memorandum.

Plaintiff is warned that his failure to file a memorandum in opposition to Defendants' motion will in all likelihood result in judgment being entered against him.

**IT IS THEREFORE ORDERED that** Plaintiff shall have seven (7) days from the filing of this Order in which to file and serve his responsive memorandum to Defendants' Motion to Dismiss, filed October 19, 2009 (#12).

DATED: January 6, 2010

_____
JAY R. IRWIN
United States Magistrate Judge

S:\Drafts\OutBox\09-1089-012o Order 09 12 28 re Def MTD.wpd

- 1 -